HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
MARY REBECCA SLUIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(YOSEMITE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:14-MJ-0072 MJS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO ALLOW TELEPHONIC CHANGE OF PLEA |
| MARY REBECCA SLUIS, | |
| Defendant. | Date:  August 19, 2014<br>Time:  10:00 a.m.<br>Judge: Hon. Michael J. Seng |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, Matthew McNease, Legal Officer, and Tim Zindel, Assistant Federal Defender, attorney for Mary Rebecca Sluis, that the status conference scheduled for August 19 may be converted to a change of plea and sentencing.  A signed plea agreement is attached to this filing.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

-1-

The parties further ask that Ms. Sluis be permitted to appear telephonically at the appointed date and time, pursuant to Federal Rule of Criminal Procedure 43 and to her request in the attached agreement.

Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

DATED: August 18, 2014         /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorneys for MARY REBECCA SLUIS


DATED: August 18, 2014         /s/ T. Zindel for
                               MATTHEW McNEASE
                               Legal Officer


**O R D E R**

The above stipulation is adopted.  A change of plea shall be scheduled in place of trial and defendant may appear telephonically.

IT IS SO ORDERED.

Dated:   August 19, 2014              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE